# Court of Appeals
# of the State of Georgia

ATLANTA, April 21, 2025

*The Court of Appeals hereby passes the following order:*

**A25A1525. TASLEEMA YASIN v. VM MASTER ISSUER, LLC.**

Tasleema Yasin filed an application for discretionary appeal, seeking review of the state court's order dismissing her petition for review of a magistrate ruling. On December 23, 2024, we granted the application. In our order, we informed Yasin that she would have ten days in which to file a notice of appeal. See OCGA § 5-6-35 (g) ("Within ten days after an order is issued granting the appeal, the applicant, to secure a review of the issues, shall file a notice of appeal as provided by law."). Yasmin filed her notice of appeal eleven days later on Friday, January 3, 2025.

"The proper and timely filing of the notice of appeal is an absolute requirement to confer appellate jurisdiction upon this court." *Ebeling v. State*, 355 Ga. App. 469, 469 (844 SE2d 518) (2020). Because Yasin filed her notice of appeal eleven days after this Court's order granting her application, the appeal is untimely. We thus lack jurisdiction over the appeal, which is hereby DISMISSED. See id.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 04/21/2025

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, *Clerk.*